# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOHN T. JUSKOWICH AND NANCY ALBANESE, | : | No. 59 WM 2017 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| WASHINGTON TOWNSHIP ZONING HEARING BOARD, GREENE COUNTY, PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of October, 2017, the Motion to Permit Appeal *Nunc Pro Tunc*, treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED.